

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00104-CV

**IN RE GUARDIANSHIP OF CHARLES INNESS THRASH**, an Incapacitated Person

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2017PC2912
Honorable Oscar J. Kazen, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the appeal as to appellant Brittany A. Martinez is DISMISSED FOR WANT OF JURISDICTION, and the probate court's order is AFFIRMED. Appellants' request for a stay is DENIED AS MOOT.

We order that appellees Tonya Barina and Mary C. Werner recover their costs of appeal from appellants Laura A. Martinez and Brittany A. Martinez, jointly and severally.

SIGNED December 4, 2019.

_____
Beth Watkins, Justice